UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN SUAREZ,<br><br>        Plaintiff,<br><br>  -against-<br><br>SERGIU MARCUS, et al.,<br><br>        Defendant. | 1:20-CV-11051 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued February 12, 2021, dismissing this action for lack of subject-matter jurisdiction,

  IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure for lack of subject-matter jurisdiction.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: February 12, 2021
    New York, New York

                    *Louis L. Stanton*
                     Louis L. Stanton
                       U.S.D.J.